**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No. 19-cr-0081-MSK-GPG**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

1. **NGAN HA THI LE,** *AKA Helena Lee*,
2. DAVID PINEDO,

    **Defendants.**

---

## MOTION TO QUASH WARRANT

---

Now into Court through undersigned counsel comes the defendant, Helena Lee, who respectfully submits to this Court her Motion to Quash Warrant for Arrest. As grounds counsel states:

1. Ms. Lee was set to appear before this Court on October 29, 2019 for an evidentiary hearing on her Motion to Suppress.

2. Ms. Lee was arrested at about 6:30 pm on October 28, 2019 here in Grand Junction.

3. She remained in custody until posting bond on October 30, 2019 at 10:30 am.

4. Parties otherwise appeared and vacated the hearing on the Motion to Suppress in light of Ms. Lee's absence.

5. This matter was set for November 20, 2019 for re-setting of hearing on Motion to Suppress/further proceedings. The Court "stayed" the warrant issued for Ms. Lee's October 29, 2019 failure to appear until her appearance on November 20, 2019.

6. Ms. Lee's bond in Mesa County Case 19CR2609 precluded her from leaving the state of Colorado.  See Exhibit A  Thus, she remained here in Mesa County with her daughter at a hotel until her appearance before Judge Matthew Barrett on November 4, 2019 at 8:15 am.

7. At the November 4th appearance in Mesa County District Court Judge Barrett modified the bond condition that precluded Ms. Lee from leaving the State of Colorado granting her permission to return to her home in Nevada.

8. Ms. Lee left the state of Colorado on November 6th, 2019.

9. On November 6, 2019, this Court issued an Order rescinding the stay of the warrant issued on October 29, 2019 in part based on the Court's note that Ms. Lee failed to appear for her pre-trial supervision meeting in Nevada on November 4, 2019.

10. Ms. Lee was unable to comply with the condition that requited her to meet with her pre-trial case manager in Nevada on November 4, 2019 as she was required to remain in the State of Colorado at that time and appear in Mesa County District Court at 8:15 am.

11. Ms. Lee was simply caught between competing/conflicting Orders of different courts until that conflict was resolved.

12. Ms. Lee is presently home in Nevada and plans to attend Court here on November 20, 2019 with Counsel. She has court in State Court on December 5th at which time her appearance is also required.

13. Ms. Lee respectfully requests this Court quash her warrant pending her appearance on November 20, 2019. Counsel is advised that the U.S. Marshall Service treats warrants that are "stayed" as active thereby making such an order no different than issuing a warrant.

14. Counsel has not been able to secure the Government's position on this request.

WHEREFORE, undersigned Counsel for Helena Lee respectfully requests that the Court grant her motion.

DATED at Grand Junction, Colorado this 9th day of November 2019.

*s/ Daniel R. Shaffer*
Daniel R. Shaffer, L.L.C.
Bar Registration Number 35661
405 Ridges Blvd., Ste B
Grand Junction, CO 81507
Direct: (970) 243-2552
Fax: (970) 243-3905
lawyerdan@danielshafferlaw.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2019, I electronically filed the foregoing DEFENDANT'S MOTION TO SUPPRESS with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of interest.

*s/Dan Shaffer*
Daniel R. Shaffer